# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

JOSIAH AVERY

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 19-CR-0549 (SJ)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_signed Sterling Johnson, Jr., U.S.D.J._

Signature of Judge

STERLING JOHNSON, JR.,     U.S.D.J.

Name of Judge     Title of Judge

3/2/2022

Date